```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 40163
   KEVIN M WOLF
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-7877


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/26/05 and confirmed on 11/17/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   7450.14 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY             418.27          6.90         418.27
AMCORE BANK               UNSECURED          NOT FILED          .00            .00
ASSOCIATED IMAGING SPECI  UNSECURED          NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED            1591.99        133.28        1591.99
MRI ASSOCIATION OF ILLIN  UNSECURED          NOT FILED          .00            .00
CITY OF ROCKFORD          UNSECURED          NOT FILED          .00            .00
COMED                     UNSECURED            1491.53        126.16        1491.53
NEXTEL                    UNSECURED          NOT FILED          .00            .00
NICOR GAS                 UNSECURED             988.00         86.79         988.00
CHECK IT                  UNSECURED          NOT FILED          .00            .00
ELGIN CLINIC              UNSECURED          NOT FILED          .00            .00
SBC AMERITECH             UNSECURED          NOT FILED          .00            .00
YELLOW BOOK OF ILLINOIS   UNSECURED          NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED             277.09         20.19         277.09
         Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00     418.27      4348.61         .00       4766.88
PRINCIPAL PAID         .00     418.27      4348.61         .00       4766.88
INTEREST PAID          .00       6.90       366.42         .00        373.32
TOTAL PAID             .00     425.17      4715.03         .00       5140.20
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   2700.00
and was paid $    700.00   direct and $   2000.00   through the plan.

The Trustee received $    309.94 .

Refunds to the Debtor totaled $        .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/12/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                                    PAGE   2
         CASE NO. 05 B 40163 KEVIN M WOLF